Dismissed and Memorandum Opinion filed November 4, 2004









Dismissed and Memorandum Opinion filed November 4,
2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00954-CV

____________

 

KIM SHAW,
Appellant

 

V.

 

WILLIAMSTOWN
APARTMENTS, ET AL., Appellees

 



 

On Appeal from County Civil Court
at Law No. 3

Harris County, Texas

Trial Court Cause No. 819,662

 



 

M E M O R A N D U M  O
P I N I O N

This is an appeal from August 9, 2004.  No clerk=s record has been filed.  The clerk responsible for preparing the
record in this appeal informed the court appellant did not make arrangements to
pay for the record.  

On October 4, 2004, notification was transmitted to all
parties of the Court=s intent to dismiss the appeal for want of prosecution
unless, within fifteen days, appellant paid or made arrangements to pay for the
record and provided this court with proof of payment.  See Tex.
R. App. P. 37.3(b).








Appellant filed no response.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed November 4, 2004.

Panel consists of Justices Yates,
Edelman, and Guzman.